UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>2010 BMW 528i X-DRIVE<br>BEARING VEHICLE IDENTIFICATION<br>NUMBER WBANV1C53AC444166,<br>    Defendant. | )<br>)<br>)<br>)   Civil No. 17-30179-MGM<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**MASTROIANNI, D.J.**

This Court, having allowed plaintiff's Request for Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant property, described as:

    a. 2010 BMW 528 X-Drive, bearing vehicle identification number WBANV1C53AC444166, seized from Josue Figueroa on June 14, 2017, in Springfield, Massachusetts (the "Defendant Vehicle").

is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(3) & (4);

3. That any claims of interest of Josue Figueroa, and any other parties claiming any right, title, or interest in or to the Defendant Vehicle, are hereby held in default and dismissed, having been defaulted on August 23, 2018;

4. That the United States Drug Enforcement Administration shall retain the Defendant Vehicle in its secure custody and control, and shall dispose of it in accordance with United States Department of Justice and United States Drug Enforcement Administration policies regarding the disposition of forfeited property; and

5. That this Court shall retain jurisdiction in this case and this Order shall be, and hereby is, the full and final disposition of the above-described Defendant Vehicle in this civil forfeiture action.

APPROVED AND SO ORDERED:

MARK G. MASTROIANNI
United States District Judge

Dated: 9/26/18